IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:10-CV-91-LED |
| | § | |
| v. | § | |
| | § | |
| FREESCALE SEMICONDUCTOR, | § | JURY TRIAL DEMANDED |
| INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF STRAGENT, LLC'S UNOPPOSED MOTION TO
EXTEND THE DEADLINE FOR ITS P.R. 3-1 AND 3-2 DISCLOSURES**

Stragent, LLC ("Stragent"), plaintiff in the above-entitled and numbered civil action, moves to extend the deadline for Plaintiff to serve its P.R. 3-1 and 3-2 disclosures until the date set by the agreed docket control order. In support of this motion, Stragent would respectfully show the Court the following.

Pursuant to the Court's June 15, 2010 Order setting a status conference on July 6, 2010 (Docket No. 40), Stragent's P.R. 3-1 and 3-2 disclosures are currently due July 12, 2010. The agreed docket control and discovery orders are due July 20, 2010. Counsel for Stragent and each defendant have agreed to extend the P.R. 3-1 and 3-2 disclosure deadline until the date set by the docket control order.

WHEREFORE, PREMISES CONSIDERED, Stragent prays that the Court extend the deadline for Plaintiff to serve its P.R. 3-1 and 3-2 disclosures until the date set by the docket control order, and for all other relief to which it is justly entitled.

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Adam A. Biggs
Texas State Bar No. 24051753
aab@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
Matthew C. Harris
Texas State Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com

        Matthew R. Rodgers
        Texas State Bar No. 24041802
        mrodgers@wmalaw.com
        Michael A. Benefield
        Indiana Bar No. 24560-49
        mbenefield@wmalaw.com
        David W. Morehan
        Texas State Bar No. 24065790
        dmorehan@wmalaw.com
        WILLIAMS, MORGAN &
        AMERSON, P.C.
        10333 Richmond, Suite 1100
        Houston, Texas 77042
        Telephone: (713)934-4060
        Facsimile: (713) 934-7011

        *ATTORNEYS FOR PLAINTIFF*
        *Stragent, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 25th day of June 2010.

_____
Eric M. Albritton

## **CERTIFICATE OF CONFERENCE**

Counsel for each defendant has advised that it is unopposed to the relief requested.

_____
Eric M. Albritton

3